## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **02-60897**

**CIV-MORENO** MAGISTRATE JUDGE GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TWO MILLION FOUR HUNDRED THOUSAND DOLLARS (**$2,400,000.00**) IN UNITED STATES CURRENCY,

    Defendant.

_____/

NIGHT BOX FILED

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States files this Verified Complaint for Forfeiture In Rem and in support alleges that:

1.  This is a civil action for forfeiture in rem Against Two Million Four Hundred Thousand Dollars (**$2,400,000.00**) In United States currency.

2.  This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §1345 and 1355.

3.  This Court has venue over the defendant currency pursuant to Title 28 U.S.C. §1395(a) and (b).

4.  The defendant currency is forfeitable pursuant to Title 21 U.S.C. §§881(a)(6), as moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemical in violation 21 U.S.C. §801 et seq., and all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. §801



et seq.

5. William Bethel a/k/a Brian Bethel, the owner of the defendant currency consented to the forfeiture of the currency in his criminal case of U.S.A. v. William Bethel, a/k/a Brian Bethel, et al., Case No 00-1091-CR-Highsmith. On April 5, 2001, a preliminary order of forfeiture was entered against the $2.4 million dollars in Bethel's criminal case. The order, however, was not included, pronounced and made part of the July 19, 2001, judgment entered at Bethel's sentencing.

6. The order of forfeiture listing all the assets must be included and made part of the criminal judgment and sentence pronouncement, otherwise there can be no criminal forfeiture. See Rule 32.2, Fed. R. Crim. P. and U.S.A. v. Gilbert, 244 F.3d 888 (11th Cir. 2001).

7. Under Rule 35(c), Fed. R. Crim. P., a court has 7 days after the imposition of sentence to correct its sentence. After the expiration of the 7 days, the Court loses jurisdiction. The seven days have expired and the judgment was not corrected. Because the criminal forfeiture was not completed against the defendant currency, this civil action was brought to finalize the forfeiture and disposition of the monies

**WHEREFORE,** the United States of America request that process in due of law according to the procedures of the Court in cases of actions in rem in accordance with provisions of Rule C (3), Supplemental Rules of Certain Admiralty and maritime Claims issue against the defendant currency, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, and that this Court decree the condemnation and forfeiture of the defendant currency to the United States and that plaintiff have such other and further relief as may be just and proper.

Respectively submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla Bar No. A550007

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I, Keith Weiss, Special Agent for the Drug Enforcement Administration, have read to foregoing Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

_____
KEITH WEISS
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Respectively submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla Bar No. A550007

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I, Keith Weiss, Special Agent for the Drug Enforcement Administration, have read to foregoing Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

_____
KEITH WEIS
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

3

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 02-60897

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
TWO MILLION FOUR HUNDRED THOUSAND DOLLARS ($2,400,000.00) IN UNITED STATES CURRENCY

CIV-MORENO

MAGISTRATE JUDGE GARBER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

NIGHT BOX FILED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William H. Beckerleg, Jr.
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 356-7314

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
[X] Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B[ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | B[ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | B[ ] 630 Liquor Laws | | B[ ] 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | PERSONAL PROPERTY | B[ ] 640 R.R & Truck | A PROPERTY RIGHTS | [ ] 460 Deportation |
| 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | B[ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| B[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | B[ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| B[ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | B[ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | A LABOR | B SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| 210 Land Condemnation | [ ] 441 Voting | B[ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| B[ ] 220 Foreclosure | [ ] 442 Employment | HABEAS CORPUS: | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | B[ ] 530 General | [ ] 740 Railway Labor Act | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | [ ] 444 Welfare | A[ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | A[ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | [ ] 440 Other Civil Rights | B[ ] 540 Mandamus & Other | A[ ] 791 Empl. Ret. Inc. Security Act | A[ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions A OR B |
| 290 All Other Real Property | | B[ ] 550 Civil Rights | | | |
| | | B[ ] 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Title 21 U.S.C. §881 (a)(6) Proceeds

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Honorable Shelby Highsmith
DOCKET NUMBER 00-1091-CR-HIGHSMITH

DATE: 6-28-2

SIGNATURE OF ATTORNEY OF RECORD: William H. Beckerleg, Jr.

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.